```
___✓__FILED          _____RECEIVED
_____ENTERED         _____SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN - 7 2025

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SANTOS ESPARZA-TORRES,

      Defendant.

Case no. 2:24-mj-01007-DJA

**ORDER**

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the Government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 7th day of January, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE